IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) LUIS DIAZ-NATAL, a/k/a "Chencho"<br>**2) JESUS ACOSTA-MILLET**, a/k/a "Lalo"<br>3) JUAN PEREZ-MORALES, a/k/a "Charry," "Joker"<br>4) JORGE SANCHEZ-PEREZ, a/k/a "Joey"<br>5) WILFRIDO COLON-RIVERA,<br>a/k/a "Bimbo", "Balu"<br>6) ISMAEL LOPEZ-RIVERA, a/k/a "Machito"<br>7) BIENVENIDO CLAS-OTERO,<br>a/k/a "Biembe"<br>8) ARMANDO JIMENEZ-RAMOS,<br>a/k/a "Chory"<br>9) ELIUD SERRANO-BARRIOS, a/k/a "Pipo," "Pito"<br>10) RAUL MENDEZ-ROMAN, a/k/a "Papelin"<br>11) OMAR GONZALEZ-SOTOMAYOR<br>12) CHRISTIAN GONZALEZ-SOTOMAYOR,<br>a/k/a "Bombi"<br>13) ALEXANDER RODRIGUEZ-RENTAS<br>14) LUIS MIGUEL CRUZ-DAVILA<br>15) ALEXANDER VELEZ-RODRIGUEZ<br>16) VICTOR ORTIZ-SANTOS,<br>a/k/a "Manuel," "Crock"<br>Defendants | CRIMINAL 13-0155CCC |

**ORDER**

Having considered the Report and Recommendation filed on September 4, 2013 (**docket entry 171**) on a Rule 11 proceeding of defendant [2] Jesús Acosta-Millet before U.S. Magistrate Judge Silvia Carreño-Coll on August 9, 2013, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

CRIMINAL 13-0155CCC                    2

    This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since August 9, 2013.  The **sentencing hearing is set for November 7, 2013 at 4:40 PM**.

    SO ORDERED.

    At San Juan, Puerto Rico, on September 24, 2013.

                                          S/CARMEN CONSUELO CEREZO
                                          United States District Judge