IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs                                                      CRIMINAL 13-0155CCC

1) LUIS DIAZ-NATAL, a/k/a "Chencho"
**2) JESUS ACOSTA-MILLET**, a/k/a "Lalo"
3) JUAN PEREZ-MORALES, a/k/a "Charry,"
"Joker"
4) JORGE SANCHEZ-PEREZ, a/k/a "Joey"
5) WILFRIDO COLON-RIVERA,
a/k/a "Bimbo", "Balu"
6) ISMAEL LOPEZ-RIVERA, a/k/a "Machito"
7) BIENVENIDO CLAS-OTERO,
a/k/a "Biembe"
8) ARMANDO JIMENEZ-RAMOS,
a/k/a "Chory"
9) ELIUD SERRANO-BARRIOS, a/k/a "Pipo,"
"Pito"
10) RAUL MENDEZ-ROMAN, a/k/a "Papelin"
11) OMAR GONZALEZ-SOTOMAYOR
12) CHRISTIAN GONZALEZ-SOTOMAYOR,
a/k/a "Bombi"
13) ALEXANDER RODRIGUEZ-RENTAS
14) LUIS MIGUEL CRUZ-DAVILA
15) ALEXANDER VELEZ-RODRIGUEZ
16) VICTOR ORTIZ-SANTOS,
a/k/a "Manuel," "Crock"

Defendants

**ORDER**

        Having considered the Report and Recommendation filed on September 4, 2013
(**docket entry 171**) on a Rule 11 proceeding of defendant [2] Jesús Acosta-Millet before
U.S. Magistrate Judge Silvia Carreño-Coll on August 9, 2013, to which no objection has
been filed, the same is APPROVED.   Accordingly, the plea of guilty of defendant is
accepted.   The Court FINDS that his plea was voluntary and intelligently entered with
awareness of his rights and the consequences of pleading guilty and contains all elements
of the offense charged in the indictment.

CRIMINAL 13-0155CCC                    2

        This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since August 9, 2013.   The **sentencing hearing is set for November 7, 2013 at 4:40 PM**.

        SO ORDERED.

        At San Juan, Puerto Rico, on September 24, 2013.


                                        S/CARMEN CONSUELO CEREZO
                                        United States District Judge